# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DERRICK E. ELLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-0554 |
| ) | Judge Trauger |
| JACQUELINE A. BURR, WENDY J. DAVIS, ) | Magistrate Judge Knowles |
| MICHELLE WAYNICK, SUDDEN SERVICE, ) | |
| DAVID JOYCE, Detective, KYLE REEVES and ) | |
| EDDIE STEWART, Officers, JOEL PERRY, D.A., ) | |
| DENTON MORRIS, D.A., 19th JUDICIAL ) | |
| DISTRICT ATTORNEY'S OFFICE, ) | |
| SPRINGFIELD POLICE DEPT., CITY OF ) | |
| SPRINGFIELD, ROBERTSON COUNTY TIMES ) | |
| NEWSPAPER, ROBERTSON COUNTY ) | |
| SHERIFF'S OFFICE, and ROBERTSON ) | |
| COUNTY, ) | |
| ) | |
| Defendants. ) | |

# O R D E R

On February 19, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 44), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motions to Dismiss filed by Office of the District Attorney General for the 19th Judicial District, Assistant District Attorney General Perry and Assistant District Attorney General Morris (Docket No. 26), filed by Robertson County Sheriff's Office and Robertson County (Docket No. 37), and by Springfield Police Department, City of Springfield, Detective David Joyce, Officer Kyle Reeves,

1

and Officer Eddie Stewart (Docket No. 41) are **GRANTED** and all of these defendants are hereby **DISMISSED** from this case.

    It is so **ORDERED**.

    ENTER this 8th day of April 2010.

                                                   ALETA A. TRAUGER
                                                   U.S. District Judge