## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| DERRICK E. ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0554 |
| | ) | Judge Trauger |
| JACQUELINE A. BURR, *et al.*, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

### O R D E R

On March 22, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 49), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** as to defendants Jacqueline A. Burr and Wendy J. Davis.

This case is returned to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 8th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge