IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DERRICK E. ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0554 |
| | ) | Judge Trauger |
| JACQUELINE A. BURR, *et al.*, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On August 25, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 65), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant Robertson County Times Newspaper (Docket No. 28) and the Amended Motion to Dismiss filed by the same defendant (Docket No. 35) are **GRANTED**, and the plaintiff's claims against defendant Robertson County Times Newspaper are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 20th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge