# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

DERRICK E. ELLIS,                          )
                                           )
     Plaintiff,                      )
                                           )
v.                                         )    Civil No. 3:09-0554
                                           )    Judge Trauger
JACQUELINE A. BURR, *et al.*,              )    Magistrate Judge Knowles
                                           )
     Defendants.                     )

## <u>O R D E R</u>

On September 20, 2010, this court accepted a Report and Recommendation and

dismissed all claims against defendant Robertson County Times Newspaper. (Docket No. 70)

By inadvertence, the Order did not refer the case back to Magistrate Judge Knowles for further

handling under the original referral Order. It is therefore **ORDERED** that this case is

**REFERRED** back to Magistrate Judge Knowles for further handling under the original referral

Order.

It is so **ORDERED**.

ENTER this 27th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge