IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DERRICK E. ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0554 |
| | ) | Judge Trauger |
| JACQUELINE A. BURR, *et al.*, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On March 8, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 87), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendants Michelle Waynick and Hollingsworth Oil Company, d/b/a Sudden Service, (Docket Nos. 71) is **GRANTED**, and all claims against these two defendants are **DISMISSED WITH PREJUDICE**. The second Motion For Summary Judgment filed by these defendants (Docket Nos. 83) is **DENIED AS MOOT**.

These being the only remaining defendants in this case, it is hereby **ORDERED** that the Clerk shall **CLOSE** this file.

It is so **ORDERED**.

ENTER this 4th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge